**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
　　　　　　*Plaintiff-Appellant*,

　　　　　v.

REFUGIO PALOMAR-SANTIAGO, AKA
Refugio Santiago Palomar,
　　　　　　*Defendant-Appellee.*

No. 19-10011

D.C. No.
3:17-cr-00116-
LRH-WGC-1

ORDER

On Remand from the United States Supreme Court

Filed July 9, 2021

Before: Richard A. Paez and Richard C. Clifton, Circuit
Judges, and M. Douglas Harpool,[*] District Judge.

Order

---

[*] The Honorable M. Douglas Harpool, United States District Judge
for the Western District of Missouri, sitting by designation.

## SUMMARY[**]

### Criminal Law

On remand from the Supreme Court, which reversed this court's judgment and held that each of the statutory requirements of 8 U.S.C. § 1326(d) is mandatory, *United States v. Palomar-Santiago*, 593 U.S. ___, 141 S. Ct. 1615 (2021), the panel vacated the dismissal of the indictment and remanded to the district court for further proceedings consistent with the Supreme Court's opinion.

### ORDER

The Supreme Court recently reversed the judgment in this case, and remanded it to this court for further proceedings. *United States v. Palomar-Santiago*, 593 U.S. ___, 141 S.Ct. 1615 (2021).

We previously affirmed the district court's dismissal of the indictment alleging a violation of 8 U.S.C. § 1326, relying on this court's precedent excusing a defendant from proving all of the elements of § 1326(d) when "the crime underlying the original removal was improperly characterized as an aggravated felony." *United States v. Palomar-Santiago*, 813 F. App'x 282, 284 (9th Cir. 2020) (citing *United States v. Ochoa*, 861 F.3d 1010, 1015 (9th Cir. 2017)). The Supreme Court held that "each of the statutory requirements of § 1326(d) is mandatory." 141 S.Ct. at 1622. We therefore **VACATE** the dismissal of the indictment and

---

[**] This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

**REMAND** to the district court for further proceedings consistent with the Supreme Court's opinion.

The copy of this order shall act as and for the mandate of this court.

**IT IS SO ORDERED.**